IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brimmer-Phillips, Ruth B | Case Number: 07 B 08245 |
|---|---|---|
| | Newell, John R | Judge: Wedoff, Eugene R |
| | Printed: 4/8/08 | Filed: 5/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 21, 2008
Confirmed: August 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,464.00 | |
| Secured: | | 1,082.36 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 302.58 |
| Trustee Fee: | | 79.06 |
| Other Funds: | | 0.00 |
| Totals: | 1,464.00 | 1,464.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,424.00 | 302.58 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Consumer Portfolio Services | Secured | 13,552.33 | 1,082.36 |
| 4. | America's Servicing Co | Secured | 34,632.10 | 0.00 |
| 5. | Capital One | Unsecured | 1,954.17 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 121.18 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 320.95 | 0.00 |
| 8. | Jefferson Capital | Unsecured | 284.24 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 72.81 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 572.44 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 5,454.85 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 787.46 | 0.00 |
| 13. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 14. | Armor System Corporation | Unsecured | | No Claim Filed |
| 15. | Harris Bank | Unsecured | | No Claim Filed |
| 16. | Money Control | Unsecured | | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 18. | Professional Account Management | Unsecured | | No Claim Filed |
| 19. | ABC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 60,176.53 | $ 1,384.94 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 79.06 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Brimmer-Phillips, Ruth B          Case Number:  07 B 08245
Newell, John R                                Judge:  Wedoff, Eugene R
Printed:  4/8/08                              Filed:  5/5/07

_____
$ 79.06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

